**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD.,<br>Plaintiff,<br>v.<br>AQUAVIT HOLDINGS, LLC,<br>Defendant. | Civil Action No. 1:25-cv-00636-UNA |

# PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Huons BioPharma Co., Ltd. ("Plaintiff") hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

- Huons Global is Plaintiff's parent corporation, a publicly held foreign corporation, and holds 10% or more of Plaintiff's stock.
- IMEIK Technology Development Co., Ltd. is a publicly held foreign corporation and holds 10% or more of Plaintiff's stock.

Plaintiff further states that it is a corporation incorporated in the Republic of Korea with a principal place of business in Seongnam-si, Gyeonggi-do of the Republic of Korea.

Dated: May 23, 2025

**BAYARD, P.A.**

*<u>/s/ Stephen B. Brauerman</u>*
Stephen B. Brauerman (No. 4952)
Emily L. Skaug (No. 6921)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
eskaug@bayardlaw.com

*Counsel for Plaintiff Huons BioPharma Co., Ltd.*

OF COUNSEL:

Tony Phillips (*pro hac vice* forthcoming)
Nicole Steinberg (*pro hac vice* forthcoming)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 17th Street NW
Washington, DC 20036
(202) 663.8000
tony.phillips@PillsburyLaw.com
nicole.steinberg@PillsburyLaw.com