IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AQUAVIT HOLDINGS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 1:25-CV-00636-RGA |

**DECLARATION OF ANTHONY J. PHILLIPS IN SUPPORT OF PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

I, Anthony J. Phillips, declare:

1. I am a partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP and counsel of record for Plaintiff Huons BioPharma Co., Ltd. ("Plaintiff") in the above-captioned action.

2. I make this declaration in support of Plaintiff's Motion for Alternative Service on Defendant Aquavit Holdings, LLC ("Defendant").

3. Attached as **Exhibit 1** is a true and correct copy of an email from A. Phillips on behalf of Plaintiff to S. Chang on behalf of Defendant, dated May 23, 2025, re: Termination and Motion for Temporary Restraining Order.

4. Attached as **Exhibit 2** is a true and correct copy of an email from S. Chang on behalf of Defendant to Plaintiff and A. Phillips, dated June 3, 2025, re: Immediate Action Required – Unlawful Disclosure, Defamatory Conduct, and Trade Secret Misappropriation.

5. Attached as **Exhibit 3** is a true and correct copy of Defendant's listing with the Nevada Secretary of State, last accessed on August 6, 2025.

6. Attached as **Exhibit 4** is a true and correct copy of an Affidavit of Non-Service for the service attempt on Defendant on May 30, 2025.

7.  Attached as **Exhibit 5** is a true and correct copy of the Affidavit of Non-Service for the service attempts on Defendant on June 11, 12, 13, and 16, 2025.

8.  Attached as **Exhibit 6** is a true and correct copy of Aquavit Pharmaceuticals, Inc.'s listing with the New York Department of State, last accessed on August 6, 2025.

9.  Attached as **Exhibit 7** is a true and correct copy of the Affidavit of Due Diligence for the service attempts on Defendant on July 21, 22, 28, 29, and August 1, 2025.

10. Attached as **Exhibit 8** is a true and correct copy of an email from M. DeVincenzo to A. Phillips, dated June 19, 2025, re: Aquavit Holdings, LLC (Bahamas) v. Huons Biopharma Co., LTD, 25-cv-636-UNA (D. Del.).

11. Attached as **Exhibit 9** is a true and correct copy of an email from M. DeVincenzo to A. Phillips, dated August 6, 2025, re: Aquavit Holdings, LLC (Bahamas) v. Huons Biopharma Co., LTD, 25-cv-636-UNA (D. Del.).

12. Attached as **Exhibit 10** is a true and correct copy of an email from S. Chang, on behalf of Defendant, to Plaintiff dated July 10, 2025.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct.

Dated: August 7, 2025                         /s/ *Anthony J. Phillips*
                                              Anthony J. Phillips (*pro hac vice* forthcoming)