# Exhibit 1

| | |
|---|---|
| **From:** | Phillips, Tony |
| **Sent:** | Friday, May 23, 2025 4:10 PM |
| **To:** | sobin.chang@aquavitpharma.com |
| **Cc:** | Steinberg, Nicole; Davis, Jeanine |
| **Subject:** | Termination and Motion for Temporary Restraining Order |
| **Attachments:** | 2025.05.23 - HBP Termination Confirmation.pdf; 2025.05.22 - Huons Complaint (clocked).pdf; 2025.05.23 - HBP TRO Motion (as-filed).pdf; 2025.05.23 - HBP TRO Opening Brief (as-filed).pdf; 2025.05.23 - HBP Rule 7.1 Disclosure Statement (as-filed).pdf |

Ms. Chang:

Attached, please find: (1) Correspondence sent on behalf of Huons BioPharma ("HBP") confirming the termination of the License and Supply Agreement, and demanding action by Aquavit in accordance therewith; (2) HBP's complaint, filed yesterday in the District of Delaware federal court; (3) HBP's motion for temporary restraining order and preliminary injunction, as filed today; (4) HBP's Opening Brief, accompanying its motion, as filed today; and (5) HBP's Rule 7.1 Disclosure Statement, as filed today. A copy of the attached correspondence will be mailed to Aquavit in accordance with the parties' License and Supply Agreement, though I note that the lawyers named are no longer at the listed firm.

If you have taken steps to retain counsel, I welcome their phone call to discuss next steps.

Regards,
Tony

**Tony Phillips** | Partner
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036-3006
t +1.202.663.8220
tony.phillips@pillsburylaw.com | website bio

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES
MIAMI  NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH
SACRAMENTO  SAN DIEGO  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC

