# Exhibit 3

## Entity Information

### Entity Information

**Entity Name:**

AQUAVIT HOLDINGS, LLC

**Entity Number:**

E13620902021-3

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

04/05/2021

**NV Business ID:**

NV20212061636

**Termination Date:**

**Annual Report Due Date:**

4/30/2026

**Compliance Hold:**

**Series LLC:**

☐    **Restricted LLC:** ☐

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

Kara Agaran

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

3753 Howard Hughes Pkwy, 2nd FL, Las Vegas, NV, 89169, USA

**Mailing Address:**

OFFICER INFORMATION

☐ View Historical Data

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | Sobin Chang | 3753 Howard Hughes Pkwy, 2nd FL, Las Vegas, NV, 89169, USA | 04/05/2021 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results