# Exhibit 4

## AFFIDAVIT OF NON-SERVICE
### UNITED STATES DISTRICT COURT
### District of Delaware

Case Number: 1:25-CV-00636-UNA

Plaintiff(s): **HUONS BIOPHARMA CO., LTD.**
vs.
Defendant(s): **AQUAVIT HOLDINGS, LLC**

Received by Special Delivery Service, Inc. (TX) on the **30th day of May, 2025 at 11:44 am** to be served on **AQUAVIT HOLDINGS, LLC, 3753 Howard Hughes Pkwy., 2nd Floor, Las Vegas, NV 89169**.

I, Anthony Spada, being duly sworn, depose and say that on the **30th day of May, 2025 at 12:55 pm, I:**

**NON-SERVED** the **SUMMONS; COMPLAINT; EXHIBIT A; CIVIL COVER SHEET; DISTRICT OF DELAWARE LOCAL RULE 73.1; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFF'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING HUONS BIOPHARMA CO., LTD.'S MOTION TO SEAL EXHIBIT TO COMPLAINT AND EXHIBITS TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; CERTIFICATION PURSUANT TO DISTRICT OF DELAWARE LOCAL RULE 7.1.1; PLAINTIFF HUONS BIOPHARMA CO., LTD.'S MOTION TO SEAL EXHIBIT TO COMPLAINT AND EXHIBITS TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PROPOSED] ORDER;** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**

5/30/2025  12:55 pm  Attempted service was made at the address of 3753 Howard Hughes Pkwy., 2nd Floor, Las Vegas, NV 89169. This is a commercial address. The business tenant is Regus, a virtual office. The door was open but there was no receptionist and not directory.

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

_____
**Anthony Spada**
R-2018-06348

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 15th day of JUNE, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Special Delivery Service, Inc. (TX)**
5470 L.B.J. Freeway, Suite 100
Dallas, TX 75240
(214) 866-3270

Ref: 1500313



BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027