# Exhibit 5

# AFFIDAVIT OF NON-SERVICE
## UNITED STATES DISTRICT COURT
### District of Delaware

Case Number: 1:25-CV-00636-UNA

Plaintiff(s): **HUONS BIOPHARMA CO., LTD.**
vs.
Defendant(s): **AQUAVIT HOLDINGS, LLC**

Received by Special Delivery Service, Inc. (TX) on the 11th day of June, 2025 at 11:12 am to be served on **AQUAVIT HOLDINGS, LLC, c/o Kara Agaran aka Kara M. Higa, Registered Agent, 10646 Blue Larkspur Court, Las Vegas, NV 89141**.

I, Anthony Spada, being duly sworn, depose and say that on the **16th day of June, 2025 at 9:04 am, I:**

**NON-SERVED** the **SUMMONS; COMPLAINT; EXHIBIT A; CIVIL COVER SHEET; DISTRICT OF DELAWARE LOCAL RULE 73.1; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFF'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING HUONS BIOPHARMA CO., LTD.'S MOTION TO SEAL EXHIBIT TO COMPLAINT AND EXHIBITS TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; CERTIFICATION PURSUANT TO DISTRICT OF DELAWARE LOCAL RULE 7.1.1; PLAINTIFF HUONS BIOPHARMA CO., LTD.'S MOTION TO SEAL EXHIBIT TO COMPLAINT AND EXHIBITS TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; [PROPOSED] ORDER**; for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**

6/11/2025  1:48 pm  Attempted service was made at the address of 10646 Blue Larkspur Court, Las Vegas, NV 89141. This is a residential address. Observed window shades were closed. Observed security cameras on the property. Observed a video doorbell. No response was received at the door. No activity was observed or heard. No vehicle was observed. Observed a vehicle parked on the street and in front of the residence: Nevada plate 053H27. No response was received from the neighbors.

6/12/2025  7:17 pm  Attempted service was made at the address of 10646 Blue Larkspur Court, Las Vegas, NV 89141. This is a residential address. Observed window shades were closed. Observed security cameras on the property. Observed a video doorbell. No response was received at the door. No activity was observed or heard. No vehicle was observed. No vehicle was observed. No response was received from the neighbors.

6/13/2025  7:19 am  Attempted service was made at the address of 10646 Blue Larkspur Court, Las Vegas, NV 89141. This is a residential address. Observed window shades were closed. Observed security cameras on the property. Observed a video doorbell. No response was received at the door. No activity was observed or heard. No vehicle was observed. No vehicle was observed. No response was received from the neighbors.

6/16/2025  9:04 am  Attempted service was made at the address of 10646 Blue Larkspur Court, Las Vegas, NV 89141. This is a residential address. Observed window shades were closed. Observed security cameras on the property. Observed a video doorbell. No response was received at the door. No activity was observed or heard. No vehicle was observed. No vehicle was observed. No response was received from the neighbors.

## AFFIDAVIT OF NON-SERVICE For 1:25-CV-00636-UNA

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

_____
**Anthony Spada**
R-2018-06348

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 23rd day of JUNE, 2025 by the affiant who is personally known to me.

**Special Delivery Service, Inc. (TX)**
5470 L.B.J. Freeway, Suite 100
Dallas, TX 75240
(214) 866-3270

_____
NOTARY PUBLIC

Ref: 1620304

BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027