# Exhibit 6

An official website of New York State.
Here's how you know ˅



# Department of State
## Division of Corporations

Entity Information

[ Return to Results ]   [ Return to Search ]

## Entity Details

**ENTITY NAME:** AQUAVIT PHARMACEUTICALS, INC.
**DOS ID:** 4240874
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 05/04/2012
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 05/04/2012
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 05/02/2012
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 05/31/2014
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE CORPORATION
**Address:** ATTN: CHIEF EXECUTIVE OFFICER, 100 PARK AVENUE, NEW YORK, NY, UNITED STATES, 10017

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |



Agencies App Directory Counties Events Programs Services