# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

HUONS BIOPHARMA CO., LTD.,

    Plaintiff,

    v.

AQUAVIT HOLDINGS, LLC,

    Defendant.

C.A. No. 1:25-CV-00636-RGA

## ORDER

Upon consideration of Plaintiff Huons BioPharma Co. Ltd.'s ("Plaintiff") Motion to Extend Time to Serve Complaint (the "Motion"), the Court finds that good cause has been shown for the relief requested.

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to serve the Summons and Complaint in this action on Defendant Aquavit Holdings, LLC is extended until thirty (30) days after the Court rules on Plaintiff's Motion for Alternative Service (D.I. No 14).

IT IS SO ORDERED on this   20th   day of   August  , 2025.

                            /s/ Richard G. Andrews
                            UNITED STATES DISTRICT COURT JUDGE