**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD.,<br>*Plaintiff*,<br>v.<br>AQUAVIT HOLDINGS, LLC, a Nevada limited liability company,<br>*Defendant*. | C.A. No. 1:25-CV-00636-RGA |
| AQUAVIT HOLDINGS, LLC, a Bahamas international business company,<br>*Plaintiff*,<br>v.<br>HUONS BIOPHARMA CO., LTD.,<br>*Defendant*. | C.A. No. 1:25-CV-00748-RGA |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
) ss:
COUNTY OF NEW CASTLE )

I, Emily L. Skaug, hereby swear and affirm that:

1. I am an attorney at the law firm Bayard, P.A. and am a member in good standing of the bar of the State of Delaware and the United States District Court for the District of Delaware.

2. I am counsel to Huons Biopharma Co., Ltd. ("Plaintiff," or, "Huons") in the following matters: 1:25-CV-00636-RGA, 1:25-CV-00748-RGA.

3. I am authorized to make this affidavit on behalf of Huons, and I have personal knowledge of all matters set forth herein.

4. On October 27, 2025, pursuant to this Court's Order dated October 24, 2025 (D.I. 27) authorizing alternative service of process in 1:25-cv-00636-RGA, Nicole Steinberg caused to be served true and correct copies of the (i) Complaint and Exhibit A to the Complaint (D.I. 1), (ii) Summons (D.I. 3), and (iii) Order Granting Plaintiff's Motion for Alternative Service (D.I. 27, upon Defendant Aquavit Holdings, LLC, by transmitting said documents via email to Sobin Chang, Managing Member of Defendant, at the email address sobin.chang@aquavitpharma.com, as expressly authorized by the Court. A true and correct copy of the transmitted email is attached hereto as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct.

Emily L. Skaug (No. 6921)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
eskaug@bayardlaw.com

*Counsel for Plaintiff*
*Huons BioPharma Co., Ltd.*

Dated: November 4, 2025

SWORN TO AND SUBSCRIBED before me this 4th day of November, 2025.

Notary Public

My Commission Expires: 7/18/2027

STEVEN AHTES
MY COMMISSION EXPIRES JULY 18, 2027
NOTARY PUBLIC
STATE OF DELAWARE