IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AQUAVIT HOLDINGS, LLC,<br><br>Defendant. | Civil Action No. 25-636-RGA |

ORDER

In an email dated April 12, 2025, an individual at Defendant (Ms. Chang) wrote to an individual at Plaintiff (Dr. Kim), and stated, in connection with their disagreement over the status of their contract,

> We view litigation as a last resort. We respectfully ask that Huons not damage the mutual respect, trust, and reputations built over the past four years, and instead help bring this project to the finish line. Failing that, we will be forced to assert all rights available to us, including the initiation of a Section 337 investigation before the U.S. International Trade Commission.

(D.I. 10-1, Ex. B).

About six weeks later, Plaintiff filed this suit for breach of contract and, the next day, filed for a TRO and a Preliminary Injunction against Defendant's "initiating, threatening, or participating" in any ITC action "arising out of or relating to the [contract]." (D.I. 4-1). The contractual basis for the motion was a forum selection clause providing for the "exclusive jurisdiction" of this Court "for adjudication of any dispute arising in connection" with the contract. (D.I. 9 at 21 of 23).

I denied the TRO soon after it was requested. (D.I. 11). I did not think there was any emergency then. There is still no emergency or anything close. Thus, the motion for a preliminary injunction (D.I. 4) is **DENIED**.

The parties spend a lot of the briefing debating the merits of the contract dispute. Those disputes will be resolved eventually. The only reason for a preliminary injunction would be to prevent irreparable harm. Ten months have gone by, and there is not the slightest indication that Defendant is going to seek ITC intervention. No ITC intervention, no colorable argument of irreparable harm.

IT IS SO ORDERED this 20th day of February 2026.

/s/ Richard G. Andrews
United States District Judge