IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AQUAVIT HOLDINGS, LLC,<br><br>Defendant. | Civil Action No. 25-636-RGA |

ORDER

I have considered Plaintiff Aquavit's motion relating to service. (D.I. 61). I have read the briefing. (*Id*., D.I. 66: D.I. 68). I do not think I need to resolve the issue of waiver of service, since I think Plaintiff can obtain a summons and serve Defendant's counsel in the U.S. via email. No one says the Hague convention prevents such service. Relevant District of Delaware precedent cited by Defendant, to wit, *QuantumSoft, Inc., v. Satellite Moving Devices Grp. B.V.*, 2023 WL 5165659 (D. Del. July 7, 2023), is not inconsistent with this conclusion as *QuantumSoft* specifically distinguishes its ruling from those that involve domestic service. In addition, the fact that Defendant has also sued Plaintiff's affiliate in this Court suggests that any discretion I exercise ought to favor Plaintiff's request.

Plaintiff's motion (D.I. 61) is GRANTED to the extent it seeks leave to effect alternative service.

IT IS SO ORDERED this 30th day of September 2026.

/s/ Richard G. Andrews____
United States District Judge