IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUONS BIOPHARMA CO., LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 25-636-RGA |
| | : | Consolidated |
| AQUAVIT HOLDINGS, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, Charles Wizenfeld, Michael S. DeVincenzo, and Andrea Pacelli of Hecht Partners LLP and Brian E. Farnan and Michael Farnan of Farnan LLP counsel for Aquavit Holdings, LLC has filed a Motion to Withdraw as Counsel (D.I. 73);

NOW THEREFORE, IT IS HEREBY ORDERED that, a hearing on this motion is scheduled for October 28, 2026, at 11:00 a.m. in Courtroom 6A of the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801;

IT IS FURTHER ORDERED that, local counsel with Farnan LLP shall provide notice of the hearing to Aquavit Holdings, LLC and file a copy of that notice on the docket with a certificate of service.

October 13, 2026
Date

/s/ Richard G. Andrews
United States District Judge