IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AQUAVIT HOLDINGS, LLC,<br><br>Defendant. | C.A. No. 25-cv-636-RGA |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME**

Upon Consideration of Defendant's Unopposed Motion to Extend Time ("Motion");

IT IS HEREBY ORDERED that the Motion is GRANTED.

/s/ Richard G. Andrews

The Honorable Richard G. Andrews