IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUONS BIOPHARMA CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AQUAVIT HOLDINGS, LLC,<br><br>Defendant. | Civil Action No. 25-636-RGA |

ORDER

Upon consideration of the motion to withdraw as counsel (D.I. 73), motion to extend time (D.I. 77), which I have already granted, and Ms. Sobin's letter (D.I. 79), IT IS HEREBY ORDERED that:

1. The motion to withdraw (D.I. 73) is GRANTED effective immediately;

2. Counsel shall transmit this order to Ms. Sobin;

3. The Aquavit parties have until December 1, 2026, to have counsel enter an appearance. Failure to do so by that date is, upon motion, grounds for default and default judgment;

4. The answer deadline for Aquavit (see D.I. 78) is extended to December 15, 2026;

5. Ms. Sobin's other request (D.I. 79, p. 2, item 2) is not a matter for the Court and is therefore DENIED.

6. The hearing scheduled for November 13, 2026 is CANCELLED.

Entered this 27th day of October 2026.

Richard G. Andrews
United States District Judge